**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PETER MAKRAM ASKANDAR,<br><br>Defendant. | Case No.  2:21-mj-03458<br><br>**ORDER OF DETENTION**<br><br>[18 U.S.C. §§ 3148(b), 3143(a)] |

On July 26, 2021, Defendant Peter Makram Askandar made his initial appearance following his arrest on a bench warrant issued by the United States District Court, Western District of Pennsylvania, on May 6, 2021. Deputy Federal Public Defender Reid Rowe was appointed to represent Defendant.

Defendant submitted on the detention recommendation in the Pretrial Services Report.

The Court has reviewed the files and records in this matter, including the Petition from the Western District of Pennsylvania and the letter prepared by the U.S. Pretrial Services Agency on July 26, 2021.

The Court has considered the allegations of Defendant's failure to surrender for service of his sentence, as ordered by the Court.

The Court finds, pursuant to 18 U.S.C.§ 3148(b), clear and convincing evidence that Defendant has violated the conditions of his release.

Having considered the factors set forth in 18 U.S.C. §3142(g), the court finds that there is no longer is any condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the community or to others if allowed to remain on bail.

The Court finds that there is now a change in circumstances which justifies reconsideration of the decision to allow Defendant to remain on release. The Court now finds that, under the current circumstances, clear and convincing evidence does not exist to show that the defendant is not likely to flee or pose a danger to the community or to others if allowed to remain on bail.

IT THEREFORE IS ORDERED that Defendant Peter Makram Askandar is remanded to the custody of the United States Marshal to be transported to the custody of the Federal Bureau of Prisons to serve the sentence imposed in United States v. Peter Makram Askandar, Case Number 17-297, Western District of Pennsylvania, pursuant to the terms of the Judgment entered in that case.

Dated: July 26, 2021



PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE